JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>COLUMBIA STEEL INC., a California corporation; THEISEN STEEL INC., a California corporation; GUS W. THEISEN aka GUSTAVO W. THEISEN as an individual and as Trustee of THE GUSTAVO W. THEISEN 2010 REVOCABLE TRUST; CHERYLENE EILERS THEISEN, an individual; 16 RUE GRAND VALLEE, LLC, a California limited liability corporation; 627-48 SKYVIEW, LLC, a California limited liability corporation; SIERRA BONITA THEISEN, LLC, a California limited liability corporation, and DOES 1 through 25,<br><br>    Defendants. | Case No. 5:23-cv-00594-JGB-SHK<br><br>**ORDER OF DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO STIPULATION** |

/ / /

/ / /

/ / /

/ / /

The Court having reviewed the stipulation of dismissal in which Plaintiff United States Fire Insurance Company and Defendants Columbia Steel Inc., Theisen Steel, Inc., Gus W. Theisen aka Gustavo W. Theisen as an individual and as Trustee of The Gustavo W. Theisen 2010 Revocable Trust, Cherylene Eilers Theisen; 16 Rue Grad Valley, LLC, 627-48 Skyview LLC, and Sierra Bonita Theisen LLC (collectively the "Parties"), stipulated to dismiss this action, without prejudice, subject to a tolling agreement separately executed by the Parties. For good cause shown,

**IT IS HEREBY ORDERED** that the entire action is DISMISSED, without prejudice.

**IT IS SO ORDERED.**

DATED: February 5, 2025

JESUS G. BERNAL,
United States District Judge